IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV 11-13-TUC-RCC |
| Plaintiff, ) | No. CR 05-1419-TUC-RCC (CRP) |
| vs. ) | **ORDER** |
| Luis Enrique Garibay, ) | |
| Defendant/Movant. ) | |

Pending before the Court is Respondent's Motion to Extend the Time to File a Supplemental Response. (Doc. 24). Good cause appearing,

**IT IS ORDERED** Respondent's Supplemental Response is due on or before **December 2, 2011.**

DATED this 16th day of November, 2011.

Raner C. Collins
United States District Judge