IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV 11-13-TUC-RCC |
| Plaintiff, ) | No. CR 05-1419-TUC-RCC (CRP) |
| vs. ) | **ORDER** |
| Luis Enrique Garibay, ) | |
| Defendant/Movant. ) | |

Pending before the Court is Petitioner's Motion for Extension of Time to File Reply (Doc. 26) and Motion Requesting Copy of Defense Counsel's Affidavit (Doc. 28). Good cause appearing,

**IT IS ORDERED** the Clerk of Court shall send Petitioner a courtesy copy of Defense Counsel's Affidavit (Doc. 23).

**IT IS FURTHER ORDERED** Petitioner shall file his reply no later than **January 16, 2012**.

DATED this 15th day of December, 2011.

_____
Raner C. Collins
United States District Judge