## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Enrique Garibay | ) ) ) ) |
|     Petitioner, | )     **JUDGMENT IN A CIVIL CASE** ) |
| v. | )     CV 11-0013-TUC-RCC )     CR 05-1419-TUC-RCC (CRP) |
| United States of America | ) ) ) |
|     Respondent | ) |

\_\_\_ **Jury Verdict.** This action came before the Court for a Trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action case for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to this Court's Order dated at February 13, 2012, Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 **is denied** and civil action CV 11-013-TUC-RCC (CRP) **is dismissed** with prejudice. The Court declines to issue a certificate of appealability.


  February 15, 2012                                        BRIAN D. KARTH
Date                                                            District Court Executive/Clerk

                                                                                   s/ Shannen Beckman
                                                                        By   Shannen Beckman
                                                                                  Deputy Clerk